# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13754

_____

ANTOINETTE HOPE,
BUDDY HOPE,

                                              Plaintiffs-Appellants,

*versus*

UNITED STATES OF AMERICA,

                                              Defendant-Appellee,

UNITED STATES POSTAL SERVICE/POST OFFICE,
LAZARO RAMOS,

                                              Defendants.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cv-21924-DPG

_____

ORDER:

The motion for an extension of time to and including February 07, 2025, to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Charles R. Wilson
UNITED STATES CIRCUIT JUDGE